**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Maria Rice, Gerald Smith, and Usha Rafferty, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>Southwest Energy, L.P., Symmetry Energy Solutions, LLC, and John Does 1-5<br><br>*Defendants* | Case No. 6:24-cv-1005 |

**PLAINTIFFS' VOLUNTARY DISMISSAL OF**
**SYMMETRY ENERGY SOLUTIONS, LLC**

The plaintiffs voluntarily dismiss their claims against the defendant Symmetry Energy Solutions, LLC, under Federal Rule of Civil Procedure 41(a).

Respectfully submitted,

FOULSTON SIEFKIN, LLP

*s/Jay F. Fowler*

Jay F. Fowler, KS #10727
Samuel J. Walenz, KS #29114
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-291-9541|F: 316-267-6345
jfowler@foulston.com
swalenz@foulston.com

Scott C. Nehrbass, KS# 16285
Lee M. Smithyman, KS# 09391
James P. Zakoura, KS# 07644
7500 College Blvd., Suite 1400
Overland Park, KS 66210
T: 913-484-4627|F: 913-498-2101

snehrbass@foulston.com
lsmithyman@foulston.com
jzakoura@foulston.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727