# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

MARIA RICE,
GERALD SMITH,
USHA RAFFERTY,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.                                                    Case No. 24-1005-DDC-ADM

SOUTHWEST ENERGY, L.P.,
NEXTERA ENERGY
MARKETING, LLC,
MACQUARIE ENERGY, LLC,
SPOTLIGHT ENERGY, LLC,
WILLIAMS ENERGY
RESOURCES, LLC,
CIMA ENERGY, L.P.,
TENASKA MARKETING
VENTURES,
CONCORD ENERGY, LLC,

        Defendants.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Plaintiffs shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 94) filed on February 28, 2025.**

<pre>
  02/28/2025                                SKYLER B. O'HARA
     Date                                   CLERK OF THE DISTRICT COURT

                                            by:   s/ Megan Garrett
                                                      Deputy Clerk
</pre>